# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| YouGov America Incorporated,<br><br>   Plaintiff,<br><br>v.<br><br>Scott Horowitz,<br><br>   Defendant. | No. CV-22-01391-PHX-MTL<br><br>**ORDER** |

**IT IS ORDERED** that the parties' Stipulation of Dismissal with Prejudice (Doc. 28) is granted.

**IT IS FURTHER ORDERED** that all pending motions are denied as moot and all hearings are vacated.

**IT IS FINALLY ORDERED** that the Clerk of Court shall dismiss this action **with prejudice**, with each party bearing their own attorneys' fees and costs.

Dated this 4th day of August, 2023.

Michael T. Liburdi
United States District Judge